**In re CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION**

**No. MDL–1781.**

Judicial Panel on Multidistrict Litigation.

Aug. 18, 2006.

Before WM. TERRELL HODGES, Chairman, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, Jr.,* KATHRYN H. VRATIL, DAVID R. HANSEN and ANTHONY J. SCIRICA, Judges of the Panel.

### TRANSFER ORDER

WM. TERRELL HODGES, Chairman.

This litigation consists of the 71 actions, each pending in a different federal district, that are listed on the attached Schedule A. The Northern District of California hosts the first filed of this docket's constituent actions (*Veliz*), which is a March 2003 action brought, inter alia, under state law and the Fair Labor Standards Act (FLSA) against Cintas Corp (Cintas). *Veliz*, a "collective" action in which over 2,000 plaintiffs have now joined, is brought by Cintas employees or former employees who allege that Cintas failed to pay them required overtime wages. The other 70 civil actions now before the Panel are motions to compel arbitration just recently brought by Cintas in March 2006 against a total of approximately 1,800 persons, each of whom is also a *Veliz* opt-in plaintiff and is named in only one of the 70 actions brought by Cintas. The *Veliz* plaintiffs (including the opt-in plaintiffs who are defendants in the actions brought by Cintas) move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing the MDL–1781 actions in the Northern District of California for coordinated or consolidated pretrial proceedings. Cintas, the *Veliz* defendant and plaintiff in the other 70 actions, opposes transfer.

 On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Each person named in the 70 actions brought by Cintas is an opt-in plaintiff in *Veliz*, the remaining MDL–1781 action, and each of the 70 actions represents an effort by Cintas to compel a *Veliz* opt-in plaintiff who has asserted FLSA claims in *Veliz* to arbitrate those claims, not in the Northern District of California where *Veliz* is pending, but rather in the judicial district where the motion to compel was filed and where the respective defendants are (or

* Judge Miller did not participate in the decision of this matter.

were last) employed by Cintas. Resolution of the actions in this docket will require each of the 70 district courts where Cintas has brought suit to construe identical contractual arbitration clauses to determine i) whether the parties named in each motion to compel are refusing to arbitrate within the meaning of § 4 of the Federal Arbitration Act, and/or ii) whether the parties are complying with that obligation by seeking to arbitrate collectively in an arbitration proceeding already occurring in the Northern District of California involving a subset of the *Veliz* plaintiffs. The degree to which the actions brought by Cintas are intertwined with *Veliz* is further illustrated by Cintas's own allegations contained in those actions (wherein Cintas cites *Veliz* rulings and stipulations for purposes of collateral estoppel or res judicata in connection with the relief being sought). Additionally, each of the 70 courts in the actions brought by Cintas may also be required to address identical factual and legal arguments asserted in defense of those actions. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

█ In opposing transfer, Cintas has argued that the 70 actions which it has brought to compel arbitration are not "civil actions" and thus not within the scope of the transfer authority conferred on the Panel under Section 1407. In order to effectuate the statutory objectives, transfer under Section 1407 should contemplate the broadest sweep of the term, "civil action." Thus, to the extent that the motions to compel brought by Cintas are not criminal actions, are pending in federal district courts, and are suits of a civil nature, they are civil actions subject to transfer under Section 1407.

█ We conclude that the Northern District of California is an appropriate transferee forum in this docket because i) the district is where the first filed and significantly more advanced action is pending before a judge already well versed in the issues presented by the litigation; and ii) all parties are in agreement that if the litigation is centralized, the California district should be selected as transferee forum.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of California are transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Saundra Brown Armstrong for coordinated or consolidated pretrial proceedings with the action on Schedule A and pending in that district.

## SCHEDULE A

*MDL–1781—In re Cintas Corp. Overtime Pay Arbitration Litigation*

*Middle District of Alabama*

*Cintas Corp. v. Randall M. Cornelius, et al.,* C.A. No. 2:06–227

*Northern District of Alabama*

*Cintas Corp. v. Darren Mitchell Anderson, et al.,* C.A. No. 2:06–492

*Southern District of Alabama*

*Cintas Corp. v. Ramon J. Baudier, Jr., et al.,* C.A. No. 1:06–148

*District of Arizona*

*Cintas Corp. v. Robert J. Abel, et al.,* C.A. No. 2:06–693

*Central District of California*

Cintas Corp. v. Roberto Carlos Alegria, et al., C.A. No. 2:06–1750

*Eastern District of California*

Cintas Corp. v. Ronald Arvizu, et al., C.A. No. 2:06–611

*Northern District of California*

Paul Veliz, et al. v. Cintas Corp., et al., C.A. No. 4:03–1180

*Southern District of California*

Cintas Corp. v. Daniel E. Ainsworth, et al., C.A. No. 3:06–632

*District of Colorado*

Cintas Corp. v. John D. Bickham, et al., C.A. No. 1:06–427

*District of Connecticut*

Cintas Corp. v. Eugene Christensen, et al., C.A. No. 3:06–360

*District of Delaware*

Cintas Corp. v. Charles Leroy Gray, et al., C.A. No. 1:06–162

*Middle District of Florida*

Cintas Corp. v. Alice Allen, et al., C.A. No. 8:06–400

*Northern District of Florida*

Cintas Corp. v. Joseph Frazier, et al., C.A. No. 3:06–103

*Southern District of Florida*

Cintas Corp. v. David J. Abrahamsen, et al., C.A. No. 0:06–60310

*Middle District of Georgia*

Cintas Corp. v. Matthew J. DeFelix, et al., C.A. No. 1:06–38

*Northern District of Georgia*

Cintas Corp. v. Jeffrey Aybar, et al., C.A. No. 1:06–569

*Southern District of Georgia*

Cintas Corp. v. Joe L. Banks, et al., C.A. No. 1:06–35

*District of Idaho*

Cintas Corp. v. David DeBilzan, et al., C.A. No. 1:06–104

*Central District of Illinois*

Cintas Corp. v. James Allen Burress, et al., C.A. No. 1:06–1068

*Northern District of Illinois*

Cintas Corp. v. Vince Agozzino, et al., C.A. No. 1:06–1343

*Northern District of Indiana*

Cintas Corp. v. James Atkins, et al., C.A. No. 2:06–85

*Southern District of Indiana*

Cintas Corp. v. Ryan Albright, et al., C.A. No. 1:06–401

*Southern District of Iowa*

Cintas Corp. v. Donald Allen Griffin, et al., C.A. No. 4:06–91

*District of Kansas*

Cintas Corp. v. Matthew L. Blackman, et al., C.A. No. 2:06–2091

*Eastern District of Kentucky*

*Cintas Corp. v. Danny L. Brown, et al.,* C.A. No. 2:06–52

*Western District of Kentucky*

*Cintas Corp. v. Jason Agostini, et al.,* C.A. No. 3:06–131

*Eastern District of Louisiana*

*Cintas Corp. v. Jack Addison, et al.,* C.A. No. 2:06–1247

*Middle District of Louisiana*

*Cintas Corp. v. Gustave Fontenot, Jr., et al.,* C.A. No. 3:06–188

*Western District of Louisiana*

*Cintas Corp. v. Ivan Edward Avery, et al.,* C.A. No. 6:06–391

*District of Maine*

*Cintas Corp. v. Randall Bowles, et al.,* C.A. No. 2:06–55

*District of Maryland*

*Cintas Corp. v. Joe Andrews, et al.,* C.A. No. 8:06–641

*District of Massachusetts*

*Cintas Corp. v. Philip Daniel Blaisdell, et al.,* C.A. No. 1:06–10442

*Eastern District of Michigan*

*Cintas Corp. v. Brandon Alioto, et al.,* C.A. No. 2:06–11043

*Western District of Michigan*

*Cintas Corp. v. Travis M. Ault, et al.,* C.A. No. 1:06–180

*District of Minnesota*

*Cintas Corp. v. John Callahan, et al.,* C.A. No. 0:06–1012

*Southern District of Mississippi*

*Cintas Corp. v. Gregory Cole Bigbee, et al.,* C.A. No. 3:06–137

*Eastern District of Missouri*

*Cintas Corp. v. Relton Barnes, et al.,* C.A. No. 4:06–450

*Western District of Missouri*

*Cintas Corp. v. Randall Adams, et al.,* C.A. No. 4:06–208

*District of Nebraska*

*Cintas Corp. v. Jeffrey Anderson, et al.,* C.A. No. 8:06–262

*District of Nevada*

*Cintas Corp. v. Anthony Dean Hamby, et al.,* C.A. No. 2:06–300

*District of New Jersey*

*Cintas Corp. v. Joseph Allen, et al.,* C.A. No. 2:06–1164

*District of New Mexico*

*Cintas Corp. v. Tony L. Bostick, et al.,* C.A. No. 1:06–185

*Eastern District of New York*

*Cintas Corp. v. Troy Amott, et al.,* C.A. No. 1:06–1105

*Northern District of New York*

*Cintas Corp. v. Hugh J. Kingsley, et al.,* C.A. No. 5:06–311

*Southern District of New York*

Cintas Corp. v. Louis Alves, et al., C.A. No. 1:06–1933

*Western District of New York*

Cintas Corp. v. Robert F. Bowles, Jr., et al., C.A. No. 6:06–6147

*Eastern District of North Carolina*

Cintas Corp. v. Matthew Anderson, et al., C.A. No. 5:06–113

*Middle District of North Carolina*

Cintas Corp. v. Gus Aranegui, et al., C.A. No. 1:06–225

*Western District of North Carolina*

Cintas Corp. v. Jonathan Allred, et al., C.A. No. 3:06–114

*Northern District of Ohio*

Cintas Corp. v. Bradley Agler, et al., C.A. No. 3:06–7083

*Southern District of Ohio*

Cintas Corp. v. Donald Adkins, et al., C.A. No. 1:06–126

*Eastern District of Oklahoma*

Cintas Corp. v. Robert Hall, et al., C.A. No. 6:06–97

*Northern District of Oklahoma*

Cintas Corp. v. Brent Berna, et al., C.A. No. 4:06–148

*Western District of Oklahoma*

Cintas Corp. v. Raymond Mac Harris, Jr., et al., C.A. No. 5:06–247

*District of Oregon*

Cintas Corp. v. Dennis Bassett, et al., C.A. No. 6:06–335

*Eastern District of Pennsylvania*

Cintas Corp v. Kenneth W. Baptist, et al., C.A. No. 2:06–1053

*Middle District of Pennsylvania*

Cintas Corp. v. Brian Ash, et al., C.A. No. 3:06–517

*Western District of Pennsylvania*

Cintas Corp. v. Christopher Derenzo, et al., C.A. No. 2:06–324

*District of Rhode Island*

Cintas Corp. v. Joseph E. Edwards, et al., C.A. No. 1:06–112

*District of South Carolina*

Cintas Corp. v. Thomas Eugene Alert, et al., C.A. No. 3:06–762

*Eastern District of Texas*

Cintas Corp. v. Stephen Barlow, et al., C.A. No. 1:06–137

*Northern District of Texas*

Cintas Corp. v. Bryan Armstrong, et al., C.A. No. 3:06–432

*Southern District of Texas*

Cintas Corp. v. Judd Allen, et al., C.A. No. 4:06–824

*Western District of Texas*

Cintas Corp. v. Issac Anaya, et al., C.A. No. 5:06–216

*District of Utah*

Cintas Corp. v. Wade Bell, et al., C.A. No. 2:06–205

*Eastern District of Virginia*

Cintas Corp. v. John O. Ansink, Jr., et al., C.A. No. 1:06–267

*Western District of Virginia*

Cintas Corp. v. Nelson Carter, Jr., C.A. No. 5:06–23

*Eastern District of Washington*

Cintas Corp. v. Scott Burgess, et al., C.A. No. 2:06–3023

*Western District of Washington*

Cintas Corp. v. Michael Anderson, et al., C.A. No. 2:06–332

*Eastern District of Wisconsin*

Cintas Corp. v. Nathan J. Andree, et al., C.A. No. 2:06–303

*Western District of Wisconsin*

Cintas Corp. v. Chris Brown, et al., C.A. No. 3:06–133